In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00200-CV

_____

**ASHLEY HORN, Appellant**

**V.**

**ROBERT DOBYNS, Appellee**

_____

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-30599**

_____

**MEMORANDUM OPINION**

Ashley Horn, Appellant, filed a notice of appeal from a judgment signed on May 9, 2018, which found Appellant guilty of forcible detainer, awarded the appellee, Robert Dobyns, possession of the real property and damages in the amount of $2800.52, and set bond at $9600.00. Despite written notices from this Court and an opportunity to cure, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. Furthermore, the clerk's record has not been filed, and the clerk responsible for preparing the record in this appeal

informed the Court that Appellant did not pay for the record. *See* Tex. R. App. P. 37.3(b). On July 17, 2018, we notified the parties that the appeal would be dismissed unless the filing fee was paid by August 16, 2018. Appellant did not respond to the Court's notices. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on August 29, 2018
Opinion Delivered August 30, 2018

Before Kreger, Horton, and Johnson, JJ.